

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NRSIMHA JORDAN,

    Defendant.

Case No. 19-MJ-916

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

I.

On March 6, 2019, Defendant made his initial appearance in this district following his arrest on the petition for revocation of supervised and warrant for arrest issued in the District of Columbia on January 22, 2019. Deputy Federal Public Defender Claire Simonich was appointed to represent Defendant.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include failing to report to the Probation Office as directed. Defendant has a history of failures to appear before the Department of Motor Vehicles resulting in the suspension of his license, does not have a stable residence, was previously homeless, and history of foreign travel

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition
> ☒ prior arrest for inflicting corporal injury and a current domestic violence protection order involving his child.

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be transported to the District of Columbia for further proceedings in this matter.

Dated: March 6, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE